| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Wake, Neil V | 2. Court or Organization<br><br>U.S. District Court, Arizona | 3. Date of Report<br><br>08/1/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>401 W. Washington St., SPC 52<br>Phoenix, AZ 85003 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Trustee | Trust # 2 |
| 3. Trustee | Trust # 3 |
| 4. Trustee | Law Offices of Neil Vincent Wake 401K Profit Sharing Plan (I am sole beneficiary) |
| 5. Trustee | Law Offices of Neil Vincent Wake Money Purchase Plan (I am sole beneficiary) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 AUG 11 A 10: 50 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 08/1/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Self-employed attorney and mediator |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 08/1/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 08/1/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo accounts | B | Interest | M | T | | | | | |
| 2. Apache Peak Inv., LLC | D | -Distribution | M | U | | | | | |
| 3. Whetstone Dev. Co. (common stock) (X) | C | Distribution | J | U | | | | | |
| 4. Cowley-BGWM LLC | D | Distribution | K | U | | | | | |
| 5. Interstate Ventures V Ltd. Ptshp | B | Distribution | L | U | | | | | |
| 6. 401(K) Plan | | | | | | | | | |
| 7. --Manulife Lifestyle Growth Fund | D | Dividend | M | T | | | | | |
| 8. Trust #1 (trustee) | B | Interest | K | T | | | | | |
| 9. --Merrill Lynch accts | | | | | | | | | |
| 10. --Lucent Technologies Inc (LU) (X) | | | | | | | | | |
| 11. --Interstate Vent. V LP | | | | | | | | | |
| 12. Trust # 2 (trustee) | B | Dividend | L | T | | | | | |
| 13. --Merrill Lunch accts | | | | | | | | | |
| 14. --Bank of NY Co. Inc. common stock (BK) | | | | | | | | | |
| 15. --Pfizer Inc. Del PV (PFE) | | | | | | | | | |
| 16. --Lucent Technologies Inc (LU) (X) | | | | | | | | | |
| 17. --Interstate Vent. V LP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 08/1/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Trust # 3 (trustee) | | | | | | | | | |
| 19. --Gary &Eliz Loveness note | | None | L | T | | | | | |
| 20. --Manulife iNS. WHOLE LIFE INS | | None | L | T | | | | | |
| 21. Brokerage Acct # 1 | | | | | | | | | |
| 22. --Active Assets Money Trust (formerly Liquid Asset Fund) | C | Dividend | M | T | | | | | |
| 23. IRA # 1 | | | K | T | | | | | |
| 24. --MS Charter Campbell LP | | None | J | T | | | | | |
| 25. --MS CharterMSFCM LP | | None | J | T | | | | | |
| 26. --MS Charter Grahan LP | | None | J | T | | | | | |
| 27. IRA # 2 (closed in 2004) | | | | | | | | | |
| 28. IRA # 3 | C | Dividend | K | | | | | | |
| 29. --Liquid Asset Fund (MM) | A | Dividend | J | T | | | | | |
| 30. --MS Global Dividend Grwth Sec B (Mut Fd) | A | Dividend | J | T | | | | | |
| 31. --MS Pacific Growth Fund B (Mut Fd) | A | Dividend | J | T | | | | | |
| 32. --Templeton Global SM Co Gr Fd A (Mut Fd) | B | Dividend | K | T | | | | | |
| 33. UTMA Acct # 2 | A | Dividend | J | T | Acct closed | 8-1 | J | | |
| 34. --Liquid Asset Fund (MM) | A | Dividend | J | T | Sell | 8-1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 08/1/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Putnam Voyager A (Mut Fd) | A | Dividend | J | T | Sell | 8-1 | J | | |
| 36. UTMA Acct # 3 | | | | | | | | | |
| 37. --Liquid Asset Fund (MM) | A | Dividend | J | T | | | | | |
| 38. --MS Information Fund B (Mut Fd) | A | Dividend | J | T | | | | | |
| 39. --MS European Growth Fund B (Mut Fd) | A | Dividend | J | T | | | | | |
| 40. --Putnam Voyager A (Mut Fd) | A | Dividend | J | T | | | | | |
| 41. Brokerage Acct # 3 | | | | | | | | | |
| 42. --SEI Tax-Free Fund (MM) | C | Dividend | M | T | | | | | |
| 43. --SEI Tax-Mgd Large Cap Fund (MM) | B | Dividend | M | T | Sold part | 1-10 | J | | |
| 44. --Intel Corp common stock | A | Dividend | L | T | | | | | |
| 45. --Cisco Systems Inc common stock | A | Dividend | K | T | | | | | |
| 46. --Medtronic Inc common stock | A | Dividend | K | T | | | | | |
| 47. --Altera Corp common stock | | None | J | T | | | | | |
| 48. --Automatic Data Processing Inc common stock | A | Dividend | J | T | | | | | |
| 49. --XILINC Inc common stock | | None | J | T | | | | | |
| 50. --Rf Micro Devices Inc | | None | J | T | | | | | |
| 51. --Small Cap Value Fund (Mut Fd) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 08/1/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --SEI Small Cap Growth Fund (Mut Fd) | A | Dividend | K | T | | | | | |
| 53. --General Electric Co common stock | A | Dividend | J | T | | | | | |
| 54. --Verizon Communications common stock | A | Dividend | J | T | | | | | |
| 55. --Sun Microsystems Inc common stock | A | Dividend | J | T | | | | | |
| 56. --Microsoft Corp common stock | A | Dividend | J | T | | | | | |
| 57. --SEI Intermediate-Term Municipal Fund (Mut Fd) | C | Dividend | M | T | | | | | |
| 58. --SEI International Fixed Income Fund (Mut Fd) | B | Dividend | K | T | | | | | |
| 59. --SEI High Yield Bond Fund (Mut Fd) | B | Dividend | K | T | | | | | |
| 60. --SEI Emerging Markets Debt Fund (Mut Fd) | B | Dividend | J | T | | | | | |
| 61. --SEI International Equity Fund (Mut Fd) | C | Dividend | L | T | | | | | |
| 62. --SEI Emerging Markets Equity Fund (omitted by error before) | B | Dividend | K | T | Sold part | 10-10 | J | B | |
| 63. Brokerage Acct # 4 | | | | | | | | | |
| 64. --SEI Tax-Mgd Large Cap Fund (Mt Fd) | B | Dividend | K | T | | | | | |
| 65. --SEI Small Cap Value Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 66. --SEI Small Cap Growth Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 67. --SEI Intermediate-Term Municipal Fund (Mut Fd) | A | Dividend | K | T | | | | | |
| 68. --SEI International Fixed Income Fund (Mut Fd) | A | Dividend | J | T | | | | | |

1. Income Gain Codes:       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes         P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000
   (See Column C2)            Q =Appraisal              V =Other                    S =Assessment
                              U =Book Value                                          W =Estimated                T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 08/1/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --SEI Emerging Markets Debt Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 70. --SEI High Yield Bond Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 71. --SEI International Equity Fund (Mut Fd) | A | Dividend | K | T | | | | | |
| 72. --SEI Emerging Markets Equity Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 73. Brokerage Acct # 5 (Money Purchase Plan) | | | | | | | | | |
| 74. --SEI Large Cap Growth Fund (Mut Fd) | C | Dividend | M | T | | | | | |
| 75. --SEI Large Cap Value Fund (Mut Fd) | C | Dividend | N | T | | | | | |
| 76. --SEI Small Cap Value Fund (Mut Fd) | A | Dividend | K | T | | | | | |
| 77. --SEI Small Cap Growth Fund (Mut Fd) | A | Dividend | K | T | | | | | |
| 78. --Medtronic Inc common stock | A | Dividend | K | T | | | | | |
| 79. --Microsoft Corp common stock | | None | J | T | | | | | |
| 80. --Verizon Communications common stock | A | Dividend | J | T | | | | | |
| 81. --SEI International Equity Fund (Mut Fd) | A | Dividend | M | T | | | | | |
| 82. --SEI Emerging Markets Equity Fund (Mut Fd) | A | Dividend | M | T | | | | | |
| 83. --SEI Core Fixed Incom Fund (Mut Fd) | C | Dividend | M | T | | | | | |
| 84. --SEI International Fixed Income Fund (Mut Fd) | B | Dividend | K | T | | | | | |
| 85. --SEI High Yield Bond Fund (Mut Fd) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 08/1/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --SEI Emerging Markets Debt Fund (Mut Fd) | B | Dividend | K | T | | | | | |
| 87. --SEI Prime Obligation Fund (Money Market) | A | Dividend | J | T | | | | | |
| 88. Trust # 4 (beneficiaries) | B | Dividend | K | T | | | | | |
| 89. --SEI Tax-Mgd Large Cap Fund (Mut Fd) | | | | | Sold part | 1-25 | J | A | |
| 90. --SEI Tax-Mgd Large Cap Fund (Mut Fd) | | | | | Sold part | 8-8 | J | B | |
| 91. --General Electric Co common stock | | | | | | | | | |
| 92. --Medtronic Inc common stock | | | | | | | | | |
| 93. --SEI Small Cap Growth Fund (Mut Fd) | | | | | | | | | |
| 94. --SEI Small Cap Value Fund (Mut Fd) | | | | | | | | | |
| 95. --Microsoft Corp common stock | | | | | | | | | |
| 96. --SEI Intermediate-Term Municipal Fund (Mut Fd) | | | | | Sold part | 2-171 | J | A | |
| 97. --SEI Intermediate-Term Municipal Fund (Mut Fd) | | | | | Sold part | 8-58- | J | A | |
| 98. --SEI International Fixed Income Fund (Mut Fd) | | | | | Sold part | 1-25 | J | A | |
| 99. --SEI International Fixed Income Fund (Mut Fd) | | | | | Sold part | 8-8 | J | A | |
| 100. --SEI High Yield Bond Fund (Mut Fd) | | | | | Sold part | 1-25 | J | A | |
| 101. --SEI High Yield Bond Fund (Mut Fd) | | | | | Sold Part | 8-8 | J | A | |
| 102. --SEI Emerging Markets Debt Fund (Mut Fd) | A | Dividend | J | T | Sold part | 8-5 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 08/1/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. --SEI International Equity Fund (Mut Fd) | | | | | Sold part | 8-51- | J | A | |
| 104. --SEI International Equity Fund (Mut Fd) | | | | | Sold part | 8-8 | J | A | |
| 105. --SEI International Equity Fund (Mut Fd) | | | | | Sold part | 10-10 | J | A | |
| 106. --SEI Emerging Markets Equity Fund (Mut Fd) | | | | | Sold part | 1-25 | J | A | |
| 107. --SEI International Fixed Income Fund (Mut Fd) | | | | | Sold part | 4-4 | J | A | |
| 108. --SEI International Fixed Income Fund (Mut Fd) | | | | | Sold part | 8-8 | J | A | |
| 109. --Nortel Networks Corp New common stock | | | | | | | | | |
| 110. --SEI Tax-Free Fund (Mut Fd) | | | | | | | | | |
| 111. Pinal County land | | None | L | W | | | | | |
| 112. Mohave County land | | None | J | W | | | | | |
| 113. Roth IRA # 4 | | | | | | | | | |
| 114. --Liquid Asset Fund (Mut Fd) | A | Dividend | J | T | | | | | |
| 115. Manulife Financial Life Ins | A | Dividend | K | T | | | | | |
| 116. Section 529 Account | | | | | | | | | |
| 117. --SM & R Alger Aggressive GF CL-B (Mut Fd) | | None | K | T | | | | | |
| 118. IRA # 5-- | | | | | | | | | |
| 119. --Engemann Cap Growth (Mut Fd) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Esti ated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 08/1/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- Phx Strg Theme (Mut Fd) (formerly Seneca) | | None | J | T | | | | | |
| 121. --AIM Groth (formerly MFS InveGrowthStock) (Mut Fd) | | None | J | T | | | | | |
| 122. --AlgerAmerLvgAllCap (Mut Fd) | | None | K | T | | | | | |
| 123. --Bernstein Mid-Cap (Mut Fd) | | None | K | T | | | | | |
| 124. --Phx MidCap Growth (Mut Fd) (formerly Seneca) | | None | K | T | | | | | |
| 125. --Tech Portfolio (Mut Fd) | | None | J | T | | | | | |
| 126. --WangerUS Smaller Cos (Mut Fd) | | None | J | T | | | | | |
| 127. --Aberdeen Int'l (Mut Fd) | | None | K | T | | | | | |
| 128. --Wanger Intl SmallCap (Mut Fd) | | None | J | T | | | | | |
| 129. --Phoenix Wealth Mngmt | B | Interest | K | T | | | | | |
| 130. Phoenix Universal Varialbe Life Ins (held by trust) | | | | | | | | | |
| 131. --Oakhurst Allocation (Mut Fd) | A | Dividend | J | T | | | | | |
| 132. --WangerUS Smaller Cos (Mut Fd) | A | Dividend | J | T | | | | | |
| 133. --Wanger Intl SmallCap (Mut Fd) | A | Dividend | J | T | | | | | |
| 134. --AllBernEnhancedIndex (Mut Fd) | A | Dividend | J | T | | | | | |
| 135. --Engeman Growth&Inc (Mut Fd) (formerly Oakhurst) | A | Dividend | | T | | | | | |
| 136. --AIM Growth (Mut Fd) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 08/1/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Tech Portfolio | A | Dividend | J | T | | | | | |
| 138. IRA # 6 | | | | | | | | | |
| 139. --Liquid Assets Fund | A | Dividend | J | T | | | | | |
| 140. --Credit Suisse SM Cap Gth (Com) | | None | J | T | | | | | |
| 141. --Salomon Invesstors Value A | A | Dividend | J | T | | | | | |
| 142. --Amer Cent Growth Adv | A | None | J | T | | | | | |
| 143. --Blackrock Lo Duration Bd Svc | A | Dividend | J | T | | | | | |
| 144. --Fidelity Adv Intermed Bd T | A | Dividend | J | T | | | | | |
| 145. --Davis Real Estate A | A | Dividend | J | T | | | | | |
| 146. --Fidelity Adv Mid Cap A | A | Distribution | J | T | | | | | |
| 147. Brokerage Acct # 6 | | | | | | | | | |
| 148. --Special Value Fund D | A | Dividend | | | Sell | 11-18 | J | A | |
| 149. --Mid-Cap Value Fund D | B | Dividend | J | T | | | | | |
| 150. --Van Kampen Grw & Inc A | C | Dividend | K | T | | | | | |
| 151. --Van Kampen Grw & Inc A | A | Dividend | K | T | Buy | 11-18 | K | | |
| 152. --MSIF TR Equity Port Inst | B | Dividend | K | T | Sell | 11-18 | K | D | |
| 153. --MSIF TR Small Co Growth A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 08/1/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. --MSIF TR Mid Cap Growth Inst | B | Dividend | J | T | | | | | |
| 155. --MSIF TR Real Estate Port A | A | Dividend | J | T | | | | | |
| 156. --MSIF TR Large Cap Growth Port A (formerly Equity Growth) | A | Dividend | J | T | | | | | |
| 157. --MSIF TR US Small Cap Val Int | A | Dividend | J | T | Buy | 11-18 | J | | |
| 158. Brokerage Acct # 7 | | | | | | | | | |
| 159. --Harris Insight MM | A | Dividend | J | T | | | | | |
| 160. --Cisco Systems Inc (common) | | None | J | T | | | | | |
| 161. Callon Petroleum Co (common) (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V | 08/1/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

II.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  Date 8-2-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544